APPEAL No. 77-51. THURSTON L. WINSTON *v.* BRADFORD SOUTHWORTH *et al.* The petitioner's motion for a limited remand is denied without prejudice to filing a proper motion. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

APPEAL No. 77-90. RUDOLPH J. DeMARIA *v.* LUCY M. SABETTA *et al.* The plaintiff's motion to docket his appeal in this court is denied, without prejudice to his filing a motion in Superior Court pursuant to Rule 5 of this court. That court, pursuant to Rule 5, is authorized to waive the fee for filing an appeal, if it finds that the plaintiff is unable by reason of indigency to pay the filing fee. *Martin Malinou,* for plaintiff. *Gilbert V. Indeglia,* for defendants.